FILED
CLERK, U.S. DISTRICT COURT
5/20/21
CENTRAL DISTRICT OF CALIFORNIA
BY: ___WH___ DEPUTY

JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$233,210.00 IN BANK FUNDS,<br><br>    Defendant.<br>RUPING LI,<br><br>    Claimant. | No. 2:19-02989-PSG-FFM<br><br>[~~PROPOSED~~] **CONSENT JUDGMENT OF FORFEITURE** |

    Plaintiff and claimant Ruping Li have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

    The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS ADJUDGES AND DECREES:

    1. The government has given and published notice of this action as required by law, including Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure, and the Local Rules of this Court. Ruping

Li has filed a claim. No other claims or answers have been filed, and the time for filing such claims and answers has expired. This Court has jurisdiction over the parties to this judgment and the defendant bank funds. Any potential claimants to the defendant bank funds other than Ruping Li are deemed to have admitted the allegations of the complaint with respect to the defendant bank funds.

2. The following shall be returned to Ruping Li: $154,970.00, without interest.

3. The following shall be forfeited to the United States, including any interest earned on the entire balance of funds seized from Claimant, and no other right, title, or interest shall exist therein: $78,240.00.

4. Ruping Li has agreed to release the United States of America, its agencies, agents, and officers, including employees and agents of the United States Secret Service, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorneys' fees, costs or interest which may be asserted on behalf of Ruping Li against the United States, whether pursuant to 28 U.S.C. § 2465 or otherwise. Ruping Li has also waived any rights she may have to seek remission or mitigation of the forfeiture. Nothing in this Consent Judgment is intended as, nor should anything in this Consent Judgment be interpreted as an admission by Ruping Li of any liability or wrongdoing.

//
//

5. The court finds that there was reasonable cause for the institution of these proceedings pursuant to 28 U.S.C. § 2465. This judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

DATED: 5/20/21

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section


 /s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA